1  ISMAIL J. RAMSEY
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Ryan Lu, Oregon State Bar No. 105902
4  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
5  Office of the General Counsel
   Social Security Administration
6  6401 Security Boulevard
7  Baltimore, MD 21235
   Telephone: (206) 615-2034
8  Facsimile: (206) 615-2531
9  Email: Ryan.Lu@ssa.gov
10 Attorneys for Defendant

FILED

Sep 18 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IAN MARTIN GARCIA,<br><br>      Plaintiff,<br><br>      vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 3:23-cv-00131-TSH<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER FOR AN EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, with the Court's approval, that Defendant shall have a 28-day extension of

time, from September 18, 2023, to October 16, 2023, for Defendant to respond to Plaintiff's

Opening Brief (Dkt. No. 21).

1
2
3
4

This is Defendant's first request for an extension of time to file a response to Plaintiff's Motion. Good cause exists for this extension because Defendant's counsel is currently exploring settlement options in this case. If settlement is not possible, Defendant's counsel will need additional time to draft a response to Plaintiff's Motion for Summary Judgment.

5
6
7

Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

8
9

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

10

11
12

Respectfully submitted,

13

Dated: September 18, 2023.

*/s/ Stuart Barasch*
(*as authorized via email on September 16, 2023)
STUART BARASCH
Attorney for Plaintiff

14

15

16
17

Dated: September 18, 2023.

ISMAIL J. RAMSEY
United States Attorney

18

By:     */s/ Ryan Lu*
        RYAN LU
        Special Assistant U.S. Attorney

19

20

Attorneys for Defendant

21

22

23

24

25

26

27

28

Stip. to Extend Time & Prop. Order                    2

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:    September 18, 2023

_____
THE HONORABLE THOMAS S. HIXSON
United States Magistrate Judge